UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE CROAKER, JR., | ) | NO. CV 15-1956-AG (AS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| J. ARIAS, et. al., | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, filed on August 5, 2015. On August 21, 2015, Plaintiff filed a "Notice to object and Response" claiming that he still wished to prosecute his case. (Docket Entry No. 15). The Magistrate Judge construed this filing as a request for an extension of time to file a First Amended Complaint, granted the request, and ordered Plaintiff to file a First Amended Complaint no

later than September 25, 2015. (Docket Entry No. 17).  Since that time, however, Plaintiff has failed to file a First Amended Complaint or any other response to the Court's Order. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 28, 2015.

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE