**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE CROAKER JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>J. ARIAS, et. al.,<br><br>            Defendants. | NO. CV 15-1956-AG (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: November 28, 2015.

                                          _____
                                             ANDREW GUILFORD
                                         UNITED STATES DISTRICT JUDGE